IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN WILLIAM MUNSON,

      Plaintiff,

v.                                   Case No. 4:16cv683-MW/CAS

TALLAHASSEE POLICE DEPARTMENT,

      Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff did not comply with a court order. The motion for leave to proceed in

1

forma pauperis, ECF No. 2, is **DENIED**."    The Clerk shall close the file.

**SO ORDERED on January 13, 2017.**

                                              **s/Mark E. Walker          ____**
                                              **United States District Judge**